UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                        Criminal No. 06-cr-155-02-JD

<u>Michelle Sarazin</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 23) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                 <u>/s/ Joseph A. DiClerico, Jr.</u>
                                                 Joseph A. DiClerico, Jr.
                                                 United States District Judge

Date: February 16, 2007

cc: David Vicinanzo, Esq.
    Helen Fitzgibbon, Esq.
    U.S. Marshal
    U.S. Probation